OPINION — AG -(1) THE FUNDS DERIVED BY REVENUE AND OTHER MEANS BY THE GRAND RIVER DAM AND DISBURSED IN ACCORDANCE WITH 82 O.S. 1971 865 [82-865] MUST BE HANDLED AND REPORTED AS AGENCY SPECIAL ACCOUNT FUNDS IN ACCORDANCE WITH 62 O.S. 1979 Supp., 7.2 [62-7.2] ET SEQ. AS AND TO THE EXTENT REQUIRED THEREUNDER. (2) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE PROVISIONS OF THE CENTRAL PURCHASING ACT 74 O.S. 1971 85.1 [74-85.1] ET SEQ., AS AMENDED. OPINION NO. JUNE 3, 1960 WHICH EXEMPTED THE GRAND RIVER DAM AUTHORITY FROM THE PROVISIONS OF THE CENTRAL PURCHASING ACT BASED ON THE PROVISIONS OF 74 O.S. 1971 85.12 [74-85.12] PRIOR TO THE SAID AMENDMENTS BY THE LEGISLATURE IS HEREBY WITHDRAWN AND OVERRULED IN ITS ENTIRETY DUE TO CHANGES IN THE LAW AS AFORESAID. (3) THE GRAND RIVER DAM AUTHORITY IS NOT INCLUDED WITHIN THE PROVISIONS OF 62 O.S. 1979 Supp., 41.16 [62-41.16] AND THEREFORE THE GRAND RIVER DAM AUTHORITY IS NOT REQUIRED TO COMPLY THEREWITH. (4) THE GRAND RIVER DAM AUTHORITY IS NOT INCLUDED WITHIN THE PROVISIONS OF 62 O.S. 1979 Supp., 41.41 [62-41.41], AND THEREFORE THE GRAND RIVER DAM AUTHORITY IS NOT REQUIRED TO COMPLY THEREWITH. (5) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE PROVISIONS OF THE DATA PROCESSING, PLANNING, AND MANAGEMENT ACT OF 74 O.S. 1971 118.1 [74-118.1] ET SEQ., AS AMENDED. (6) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE PROVISIONS OF THE RECORDS MANAGEMENT ACT, 67 O.S. 1971 201 [67-201] (7) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE PROVISIONS OF 74 O.S. 1979 Supp., 110.1 [74-110.1] PERTAINING TO INVESTORY OF STATE PROPERTY. (8) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE STATE LANDS ACT, 74 O.S. 1971 129.1 [74-129.1] ET SEQ. (9) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE ARCHIVES AND RECORDS COMMISSION ACT., 74 O.S. 1979 Supp., 564 [74-564] ET SEQ., AS AMENDED. (10) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH THE STATE AGENCY RULES AND REGULATIONS ACT, 75 O.S. 1971 251 [75-251] ET SEQ., AS AMENDED. (11) THE ADMINISTRATIVE PROCEDURES ACT, 74 O.S. 1979 Supp., 301 [74-301] ET SEQ. DOES NOT APPLY TO THE GRAND RIVER DAM AUTHORITY ON BASIS OF THE EXEMPTION OR EXCEPTIONS SET FORTH IN 75 O.S. 1979 Supp., 324 [75-324] OF SAID ACT. (12) THE GRAND RIVER DAM AUTHORITY MUST COMPLY WITH 74 O.S. 1979 Supp., 85.26 [74-85.26] ET SEQ. TO THE EXTENT THAT ALL CURRENT BONDING OF OFFICERS, DIRECTORS, OR EMPLOYEES UNDER 82 O.S. 1971 865 [82-865] MAY NOT MEET THE MINIMUM REQUIREMENT OF $10,000 FOR EACH SUCH OFFICER, DIRECTOR AND/OR EMPLOYEE. THE PREMIUMS ON ALL SUCH BONDS ARE TO BE PAID IN THE MANNER PRESCRIBED IN 82 O.S. 1971 865 [82-865] SURPA. (RICHARD BERGER) CITE: 62 O.S. 1979 Supp., 41.16 [62-41.16], 62 O.S. 1973 Supp., 7.1 [62-7.1], 62 O.S. 1973 Supp., 7.3 [62-7.3], 62 O.S. 1973 Supp., 7.5 [62-7.5], 63 O.S. 1971 817 [63-817], 74 O.S. 1979 Supp., 85.26 [74-85.26], 74 O.S. 1971 85.2 [74-85.2], 74 O.S. 1979 Supp., 85.29 [74-85.29], 74 O.S. 1979 Supp., 85.30 [74-85.30] [74-85.30], 74 O.S. 1979 Supp., 85.31 [74-85.31], 74 O.S. 1979 Supp., 110.1 [74-110.1], 82 O.S. 1971 862 [82-862](P), 82 O.S. 1971 863 [82-863], 82 O.S. 1971 866 [82-866], 82 O.S. 1971 872 [82-872], 82 O.S. 1971 875 [82-875](A), 82 O.S. 1971 877 [82-877], 82 O.S. 1978 Supp., 861 [82-861] 67 O.S. 202 [67-202], 67 O.S. 203 [67-203], 74 O.S. 118.3 [74-118.3] [74-118.3], 74 O.S. 118.3 [74-118.3], 74 O.S. 118.9 [74-118.9] [74-118.9], 74 O.S. 118.12 [74-118.12], 74 O.S. 85.22 [74-85.22] [74-85.22], 74 O. S. 252, 74 O.S. 324 [74-324], 74 O.S. 253 [74-253] ** NOTE: SEE GRAND RIVER DAM AUTHORITY V. CARTWRIGHT, 645 P.2d 1011 (DEALING WITH VENUE, ADMINISTRATIVE PROCEDURES ACT, 75 O.S. 301 [75-301], RESIDENCE **